# United States District Court

_____; WESTERN_____ DISTRICT OF _____TENNESSEE_____

UNITED STATES OF AMERICA
V.

MICHAEL GROSS

**WARRANT FOR ARREST**

**CASE NUMBER:**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MICHAEL GROSS__ and bring him or her forthwith to the nearest magistrate to answer a(n)

_ Indictment  _ Information  ✓ Complaint  _ Order of court  _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

1. being aided and abetted by and aiding and abetting others, by force, violence, and intimidation, did take from the person and presence of another money belonging to and in the care, custody, control, management, and possession of First South Credit Union, 3731 Austin Peay Hwy., Memphis, Tennessee, the deposits of which were then insured by the National Credit Union Share Insurance Fund, and in committing such offense, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm
2. did knowingly and intentionally use and carry a firearm during and in relation to this robbery and in furtherance of such crime did possess a firearm,

in violation of Title __18__ United States Code, Section(s)__2, 924(c) and 2113(a) and (d)__

__Diane K. Vescovo__
Name of Issuing Officer

__U.S. Magistrate Judge__
Title of Issuing Officer

s/Diane K. Vescovo
Signature of Issuing Officer

July 19, 2006 - Memphis, Tennessee
Date and Location

by   Honorable Tu M. Pham

(By) Deputy Clerk

Name of Judicial Officer

Bail fixed at __Detention Hearing.__

s/ Diane K. Vescovo

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Memphis Tennessee 7/19/06