# UNITED STATES DISTRICT COURT
## FOR THE WESTER DISTRICT OF TENNESSEE
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                           No. 06-MJ-271

Michael Gross

## CERTIFICATE OF INDIGENCY

The above-named defendant requested appointment of counsel and gave the following information under oath in support of the request:

Age: 21

EMPLOYMENT: Unemployed

SALARY OR INCOME–GROSS: NA

TAKE-HOME PAY: NA

FAMILY: Not married; 2 children: 3 + 8 mos

SPOUSE'S WORK: NA

ASSETS: None

DEBTS: —

OTHER FACTORS: No assets

___✓___ I find the defendant is qualified for appointed counsel.

___✓___ I further find the defendant can pay the amount of $ -0-

Per week for representation.

July 20, 2006
DATE

s/ Diane K. Vescovo
U. S. MAGISTRATE JUDGE